UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | DOCKET NO. _____ |
| | * | |
| | * | JUDGE _____ |
| OUACHITA PARISH SHERIFF'S | * | |
| OFFICE, ET AL. | * | MAGISTRATE JUDGE _____ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO REMOVAL

As may be required by 28 U.S.C. § 1446, defendants, Monroe Police Department and the City of Monroe, Parish of Ouachita (collectively, "Monroe"), hereby consent to the Removal of the action bearing Docket No. 20-2498 Sec. C1 and entitled "Aaron Larry Bowman v. Ouachita Parish Sheriff's Office, et al." in the 4th Judicial District Court in and for the Parish of Ouachita, State of Louisiana from the 4th Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana, Monroe Division. The Notice of Removal is being filed by Defendant, the Louisiana Department of Public Safety & Corrections (Office of State Police). The foregoing consent is filed without waiver of any rights that Monroe possesses and subject to reservation by Monroe of all defenses, objections and/or affirmative

defenses to which it/they is/are entitled.

BY: */s/ Brandon W. Creekbaum*
Angie D. Sturdivant – LA. BAR ROLL NO. 32421
angie.sturdivant@ci.monroe.la.us
Brandon W. Creekbaum – LA. BAR ROLL NO. 33791
Brandon.Creekbaum@ci.monroe.la.us
400 Lea Joyner Memorial Expressway
Monroe, LA 71201
TELEPHONE: (318) 329-2240  FAX: (318) 329-3427
*Counsel for Monroe Police Department and the City of Monroe, Parish of Ouachita*

## CERTIFICATE OF SERVICE

I hereby certify that this Consent to Removal was forwarded on Thursday, October 22, 2020 to:

☐ Counsel for the plaintiff by United States mail, properly addressed and postage prepaid;

☑ All remaining counsel by United States mail, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ All remaining counsel by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by facsimile transmission with confirmation;

☐ All remaining counsel by facsimile transmission with confirmation;

☐ Counsel for the plaintiff by hand delivery;

☐ All remaining counsel by hand delivery;

☑ Counsel for the plaintiff by electronic transmission; and/or

☑ All remaining counsel by electronic transmission.

   */s/ Brandon W. Creekbaum*
COUNSEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | DOCKET NO. _____ |
| | * | |
| | * | JUDGE _____ |
| OUACHITA PARISH SHERIFF'S | * | |
| OFFICE, ET AL. | * | MAGISTRATE JUDGE _____ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO REMOVAL

As may be required by 28 U.S.C. § 1446, defendant, the Board of Supervisors for the University of Louisiana System (the body corporate incorrectly identified, named and referred to as "the University of Louisiana at Monroe Police Department" in the caption and body of the Petition for Damages for Police Misconduct and Excessive Force) ("the Board/ULM"), hereby consents to the Removal of the action bearing Docket No. 20-2498 Sec. C1 and entitled "Aaron Larry Bowman v. Ouachita Parish Sheriff's Office, et al." in the 4th Judicial District Court in and for the Parish of Ouachita, State of Louisiana from the 4th Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana, Monroe Division.  The Notice of Removal is being filed by Defendant, the Louisiana Department of Public Safety & Corrections (Office of State Police).  The foregoing consent is filed without waiver of any rights that the Board/ULM possesses and subject to reservation by the Board/ULM of all defenses,

objections and/or affirmative defenses to which it/they is/are entitled.

        Respectfully Submitted,
        BY: */s/ Steven M. Oxenhandler*
        Steven M. Oxenhandler
        LA. BAR ROLL NO. 28405
        soxenhandler@goldweems.com
        GOLD, WEEMS, BRUSER, SUES & RUNDELL
        2001 MacArthur Drive
        Alexandria, LA 71301
        P.O. Box 6118
        Alexandria, LA 71307-6118
        TELEPHONE: 318-445-6471
        FAX: 318-445-6476
        *Special Assistant Attorney General and Counsel for the Board of Supervisors for the University of Louisiana System*

## CERTIFICATE OF SERVICE

I hereby certify that this Consent to Removal was forwarded on Thursday, October 22, 2020 to:

☐ Counsel for the plaintiff by United States mail, properly addressed and postage prepaid;

☑ All remaining counsel by United States mail, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ All remaining counsel by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by facsimile transmission with confirmation;

☐ All remaining counsel by facsimile transmission with confirmation;

☐ Counsel for the plaintiff by hand delivery;

☐ All remaining counsel by hand delivery;

☑ Counsel for the plaintiff by electronic transmission; and/or

☑ All remaining counsel by electronic transmission.

                                        */s/ Steven M. Oxenhandler*
                                        COUNSEL