| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | 4TH JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. 20-2498 SEC. C1 |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | * | OUACHITA PARISH, LOUISIANA |

*******************************************************************************

### NOTICE OF FILING NOTICE OF REMOVAL

TO:  The Honorable Dana Benson                Ms. Donecia Banks-Miley
      Ouachita Parish Clerk of Court         Pleasant, Williams & Banks-Miley
      301 South Grand Street, Suite 104      Law Group, LLC
      Monroe, LA 71203                       901 N. 3rd Street
      P.O. Box 1862                          Monroe, LA 71201
      Monroe, LA 71210-1862

PLEASE TAKE NOTICE that on the 22nd day of October 2020, defendant, the Louisiana Department of Public Safety & Corrections (Office of State Police), filed a Notice of Removal of the above-entitled cause from the 4th Judicial District Court in and for the Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana – Monroe Division, a copy of which (including all referenced exhibits) is attached hereto.

                        Respectfully Submitted,

                        JEFF LANDRY
                        Attorney General

BY:  _/s/ Jennie Pellegrin_____
      JENNIE P. PELLEGRIN – LA. BAR ROLL NO. 25207
      jpellegrin@neunerpate.com
      BEN L. MAYEAUX – LA. BAR ROLL NO. 19042
      bmayeaux@neunerpate.com
      ELIZABETH BAILLY BLOCH – LA. BAR ROLL NO. 37591
      bbloch@neunerpate.com
      NEUNERPATE
      One Petroleum Center, Suite 200
      1001 West Pinhook Road (zip 70503)
      Post Office Box 52828
      Lafayette, LA 70505-2828
      TELEPHONE: (337) 237-7000  FAX: (337) 233-9450
      *Special Assistants Attorneys General and Counsel*
      *for the Louisiana Department of Public Safety &*
      *Corrections (Office of State Police)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Filing Notice of Removal (including all exhibits thereto) was forwarded on Thursday, October 22, 2020 to:

| | |
|---|---|
| ☐ | Counsel for the plaintiff by United States mail, properly addressed and postage prepaid; |
| ☒ | All remaining counsel by United States mail, properly addressed and postage prepaid; |
| ☐ | Counsel for the plaintiff by Registered United States mail, return receipt requested, properly addressed and postage prepaid; |
| ☐ | All remaining counsel by Registered United States mail, return receipt requested, properly addressed and postage prepaid; |
| ☐ | Counsel for the plaintiff by facsimile transmission with confirmation; |
| ☐ | All remaining counsel by facsimile transmission with confirmation; |
| ☐ | Counsel for the plaintiff by hand delivery; |
| ☐ | All remaining counsel by hand delivery; |
| ☒ | Counsel for the plaintiff by electronic transmission; and/or |
| ☒ | All remaining counsel by electronic transmission. |

*Jenni Pellegrin*
COUNSEL

Page 2

Exhibit C
Page2