UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | DOCKET NO. _____ |
| | * | |
| | * | JUDGE _____ |
| OUACHITA PARISH SHERIFF'S | * | |
| OFFICE, ET AL. | * | MAGISTRATE JUDGE _____ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LIST OF ALL PARTIES

Defendant, the Louisiana Department of Public Safety & Corrections (Office of State Police) (the body corporate incorrectly identified, named and referred to as "Louisiana State Police Department" in the caption and body of the Petition for Damages for Police Misconduct and Excessive Force) ("DPSC"), provides the following list of all parties to this action, as well as their counsel (if his/her identity is known):

| | |
|---|---|
| *"LOUISIANA STATE POLICE DEPARTMENT"* | *"UNIVERSITY OF LOUISIANA AT MONROE POLICE DEPARTMENT"* |
| Jennie P. Pellegrin | Steven M. Oxenhandler |
| Ben L. Mayeaux | GOLD, WEEMS, BRUSER, SUES & RUNDELL |
| Elizabeth B. Bloch | 2001 MacArthur Drive |
| NEUNERPATE | Alexandria, LA 71301 |
| One Petroleum Center, Suite 200 | P.O. Box 6118 |
| 1001 West Pinhook Road (zip 70503) | Alexandria, LA 71307-6118 |
| Post Office Box 52828 | TELEPHONE: (318) 445-6471 |
| Lafayette, LA 70505-2828 | FAX: (318) 445-6476 |
| TELEPHONE: (337) 237-7000 | *Special Assistant Attorney General and* |
| FAX: (337) 233-9450 | *Counsel for the Board of Supervisors* |
| *Special Assistants Attorneys General* | *for the University of Louisiana System* |
| *and Counsel for the Louisiana* | |
| *Department of Public Safety &* | |
| *Corrections (Office of State Police)* | |

Page 1

*"CITY OF MONROE,*
*PARISH OF OUACHITA" &*
*"MONROE POLICE DEPARTMENT"*
Angie D. Sturdivant
Brandon W. Creekbaum
400 Lea Joyner Memorial Expressway
Monroe, LA 71201
TELEPHONE: (318) 329-2240
FAX: (318) 329-3427
*Counsel for the City of Monroe and/or*
*Monroe Police Department*

*"AARON LARRY BOWMAN"*
Donecia Banks-Miley
PLEASANT, WILLIAMS &
 BANKS-MILEY LAW GROUP, LLC
901 N. 3rd Street
Monroe, LA 71201
TELEPHONE: (318) 605-4607
FAX: (318) 605-4617

*"OUACHITA PARISH SHERIFF'S*
*OFFICE" & "SHERIFF JAY RUSSELL"*
*& "DEPUTY DONOVAN GINN"*
USRY & WEEKS
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
TELEPHONE: (504) 592-4600
FAX: (504) 592-4641
*Counsel for the Ouachita Parish*
*Sheriff's Office – on information and*
*belief*

*"METRO NARCOTICS UNIT"*

Respectfully Submitted,

JEFF LANDRY
Attorney General
BY:   /s/ Jennie P. Pellegrin
JENNIE P. PELLEGRIN – LA. BAR ROLL NO. 25207
jpellegrin@neunerpate.com
BEN L. MAYEAUX – LA. BAR ROLL NO. 19042
bmayeaux@neunerpate.com
ELIZABETH BAILLY BLOCH – LA. BAR ROLL NO. 37591
bbloch@neunerpate.com
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road (zip 70503)
Post Office Box 52828
Lafayette, LA 70505-2828
TELEPHONE: (337) 237-7000  FAX: (337) 233-9450
*Special Assistants Attorneys General and Counsel for*
*the Louisiana Department of Public Safety &*
*Corrections (Office of State Police)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this List of All Parties was forwarded on Thursday, October

22, 2020 to:

| | |
|---|---|
| ☐ | Counsel for the plaintiff by United States mail, properly addressed and postage prepaid; |
| ☑ | All remaining counsel by United States mail, properly addressed and postage prepaid; |
| ☐ | Counsel for the plaintiff by Registered United States mail, return receipt requested, properly addressed and postage prepaid; |
| ☐ | All remaining counsel by Registered United States mail, return receipt requested, properly addressed and postage prepaid; |
| ☐ | Counsel for the plaintiff by facsimile transmission with confirmation; |
| ☐ | All remaining counsel by facsimile transmission with confirmation; |
| ☐ | Counsel for the plaintiff by hand delivery; |
| ☐ | All remaining counsel by hand delivery; |
| ☑ | Counsel for the plaintiff by electronic transmission; and/or |
| ☑ | All remaining counsel by electronic transmission. |

_/s/ Jennie Pellegrin_
COUNSEL