UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | DOCKET NO. _____ |
| | * | |
| | * | JUDGE _____ |
| OUACHITA PARISH SHERIFF'S | * | |
| OFFICE, ET AL. | * | MAGISTRATE JUDGE _____ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE

Defendant, the Louisiana Department of Public Safety & Corrections (Office of State Police) (the body corporate incorrectly identified, named and referred to as "Louisiana State Police Department" in the caption and body of the Petition for Damages for Police Misconduct and Excessive Force) ("DPSC"), states that the exhibits attached as "Exhibit A, *in globo*," "Exhibit B, *in globo*" and "Exhibit C" to their Notice of Removal constitute the entire contents of the state court record for civil action bearing Docket No. 20-2498 Sec. C1 and entitled "Aaron Larry Bowman v. Ouachita Parish Sheriff's Office, et al." filed in the 4th Judicial District Court in and for the Parish of Ouachita, State of Louisiana.

Respectfully Submitted,
JEFF LANDRY
Attorney General
BY:   */s/ Jennie P. Pellegrin*
JENNIE P. PELLEGRIN – LA. BAR ROLL NO. 25207
jpellegrin@neunerpate.com
BEN L. MAYEAUX – LA. BAR ROLL NO. 19042
bmayeaux@neunerpate.com
ELIZABETH BAILLY BLOCH – LA. BAR ROLL NO. 37591
bbloch@neunerpate.com
NEUNERPATE
One Petroleum Center, Suite 200
1001 W. Pinhook Road (zip 70503) / Post Office Box 52828
Lafayette, LA 70505-2828
TELEPHONE: (337) 237-7000     FAX: (337) 233-9450
*Special Assistants Attorneys General and Counsel for the Louisiana Department of Public Safety & Corrections (Office of State Police)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certificate was forwarded on Thursday, October 22, 2020 to:

☐ Counsel for the plaintiff by United States mail, properly addressed and postage prepaid;

☑ All remaining counsel by United States mail, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ All remaining counsel by Registered United States mail, return receipt requested, properly addressed and postage prepaid;

☐ Counsel for the plaintiff by facsimile transmission with confirmation;

☐ All remaining counsel by facsimile transmission with confirmation;

☐ Counsel for the plaintiff by hand delivery;

☐ All remaining counsel by hand delivery;

☑ Counsel for the plaintiff by electronic transmission; and/or

☑ All remaining counsel by electronic transmission.

                                                             */s/ Jennie P. Pellegrin*
                                                             COUNSEL