UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN. <br> *Plaintiff* <br> v. <br> OUACHITA PARISH SHERIFF'S OFFICE, ET AL <br> *Defendants* | NO. 3:20-01372 <br><br> JUDGE DOUGHTY <br><br> MAG. JUDGE HAYES |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME the Monroe Police Department and the city of Monroe, Louisiana ("City Defendants") who respectfully request an extension of time to file responsive pleadings in this matter for the following reasons:

1. This tort and civil rights action was filed in Louisiana state court on September 21, 2020 and served on the City Defendants on September 28, 2020.

2. This matter was removed to federal court on October 22, 2020.

3. In the state-court litigation, the City Defendants and Plaintiff informally agreed to an extension of time to file responsive pleadings until November 13, 2020.

4. The City Defendants request the same extension here, and Plaintiff has confirmed, through counsel, that he has no objection to the requested extension in this Court.

WHEREFORE, the premises considered, the Monroe Police Department and the city of Monroe, Louisiana request an extension of time until November 13, 2020, to file responsive pleadings in connection with this matter.

        **City of Monroe**
        Legal Department – Civil Division
        P.O. Box 123 (71210)
        400 Lea Joyner Memorial Expressway
        Monroe, Louisiana 71201
        Tel: (318) 329-2240
        Fax: (318) 329-3427
        brandon.creekbaum@ci.monroe.la.us

        BY: */s/ Brandon W. Creekbaum*
             Brandon W. Creekbaum
             Louisiana Bar Roll No. 33791
        **Attorney for the City Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        BY:   */s/ Brandon W. Creekbaum*
                Brandon W. Creekbaum