UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN.<br>*Plaintiff*<br>v.<br>OUACHITA PARISH SHERIFF'S OFFICE, ET AL<br>*Defendants* | NO. 3:20-01372<br><br>JUDGE DOUGHTY<br><br>MAG. JUDGE HAYES |

## Order

Considering the foregoing "Motion for Extension of Time to File Responsive Pleadings" filed by the Monroe Police Department and City of Monroe,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for these defendants to file responsive pleadings is extended until November 13, 2020.

Monroe, this _____ day of October, 2020.

_____
Magistrate Judge Karen L. Hayes