UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN | CIVIL ACTION NO. 20-CV-1372 |
| v. | JUDGE DOUGHTY |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL | MAGISTRATE JUDGE HAYES |

## MOTION TO DISMISS PURSUANT TO RULE 12(b) OF THE FRCP

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Supervisors for the University of Louisiana System (the body corporate incorrectly identified, named and referred to as the "University of Louisiana Monroe Police Department" in plaintiff's Petition for Damages for Police Misconduct and Excessive Force) (the "Board"), which submits this Rule 12(b) responsive motion.

For the reasons set forth it the accompanying memorandum of law, the Board specifically asserts and sets forth the following defenses under Fed. R. Civ. P 12: insufficient service of process and/or service of process, lack of personal jurisdiction, prescription, and Eleventh Amendment Immunity.

Wherefore, the Board prays this Rule 12 motion be deemed good and sufficient and, after all proceedings are had herein, there be a judgment in its favor and against the plaintiff, dismissing the plaintiff's demands against it, with prejudice, and at plaintiff's cost.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Steven M. Oxenhandler
Steven M. Oxenhandler, T.A. (#28405)
soxenhandler@goldweems.com
Michael J. O'Shee (#10268)
moshee@goldweems.com
Joshua J. Dara, Jr. (#35739)
jdara@goldweems.com
GOLD WEEMS LAW FIRM
2001 MacArthur Drive
PO Box 6118
Alexandria, LA 71307-6118
Phone 318.445.6471
Facsimile 318.445.6476
**SPECIAL ASSISTANTS ATTORNEYS GENERAL AND COUNSEL FOR THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Dismiss, Memorandum in Support, and accompanying exhibits under Rule 12(b) of the Federal Rules of Civil Procedure filed by Defendant, Board of Supervisors for the University of Louisiana System, has been electronically filed with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.

Alexandria, Louisiana, this 30th day of October 2020.

                                           /s/ Steven M. Oxenhandler
                                               COUNSEL