

OPC.CV.6192108
JM

# CITATION

| | |
|---|---|
| **AARON LARRY BOWMAN** | **DOCKET NUMBER: C-20202498** |
| | **SEC: C1** |
| VS | **STATE OF LOUISIANA** |
| | **PARISH OF OUACHITA** |
| **DEPUTY DONOVAN GINN,** | **FOURTH JUDICIAL DISTRICT COURT** |
| **OUACHITA PARISH SHERIFF'S** | |
| **OFFICE, JAY RUSSEL, SHERIFF,** | |
| **UNIVERSITY OF LOUISIANA** | |
| **MONROE POLICE DEPARTMENT,** | |
| **METRO NARCOTICS UNIT,** | |
| **LOUISIANA STATE POLICE** | |
| **DEPARTMENT, MONROE POLICE** | |
| **DEPARTMENT, CITY OF MONROE** | **OUACHITA PARISH** |

TO:
UNIVERSITY OF LOUISIANA MONROE POLICE DEPARTMENT
3811 DESIARD AVENUE
MONROE, LA 71209

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this SEPTEMBER 24, 2020.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES FOR POLICE MISCONDUCT AND EXCESSIVE FORCE

By: **JANAE MADISON**
Deputy Clerk

FILED BY: DONECIA BANKS-MILEY #35641

_____ **ORIGINAL**

_____ **SERVICE COPY**

\_\_\_\_/\_\_\_ **FILE COPY**