UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| AARON LARRY BOWMAN. | NO. 3:20-01372 |
| --- | --- |
| *Plaintiff* | |
| v. | JUDGE DOUGHTY |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL | MAG. JUDGE HAYES |
| *Defendants* | |

### Order

Considering the foregoing "Motion for Extension of Time to File Responsive Pleadings" filed by the Monroe Police Department and City of Monroe,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for these defendants to file responsive pleadings is extended until November 13, 2020.

Monroe, this 30th day of October, 2020.

_____
Magistrate Judge Karen L. Hayes