UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AARON LARRY BOWMAN** | **CASE NO. 3:20-CV-01372** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **SHERIFFS OFFICE OUACHITA PARISH ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## NOTICE OF MOTION SETTING WITHOUT DATE

The Motion to Dismiss 12 (b) (1), (4), (5), (6) (Document No. 7) filed by University of Louisiana Systems Board of Supervisors on October 30, 2020 has been referred to Magistrate Judge Hayes.

### Deadlines

Any response to said motion is due by November 20, 2020. The movant may file a reply, without leave of court, within seven **(7) days** after the response is filed. LR7.8 governs the length of briefs. Any party filing no brief will be deemed not to oppose the motion. At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration; a written ruling or recommendation will issue in due course.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **WITHOUT ORAL ARGUMENT.** Accordingly, responses and briefs should fully address all pertinent issues. Should the Court feel oral argument is necessary, all parties will be notified.

### Courtesy Copies

An electronic copy of the motion and all memoranda only (no attachments) shall be e-mailed in WordPerfect or Word Format **DIRECTLY** to:

hayes_motions@lawd.uscourts.gov

If attachments to the motion or response exceed 15 pages, paper copies of the attachments shall be provided to chambers:

> Hon. Karen L. Hayes
> United States Magistrate Judge
> 201 Jackson Street, Suite 215
> Monroe, Louisiana 71201

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in this motion, the moving party should immediately notify chambers at (318) 388-6036.

**DATE OF NOTICE: October 30, 2020**

TONY R. MOORE
CLERK OF COURT