**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **AARON LARRY BOWMAN** | **CIVIL ACTION NO: 3:20-cv-01372-TADKLH** |
| **VERSUS** | |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL** | **DISTRICT JUDGE: TERRY DOUGHTY**<br>**MAGISTRATE JUDGE KAREN HAYES** |

## **ORDER**

Considering the foregoing Motion to Enroll as Co-Counsel,

IT IS ORDERED that JESSICA W. WILLIAMS be permitted to enroll as co-counsel for AARON LARRY BOWMAN in these proceedings.

Signed this _____ day of _____, 2020 in Monroe, Louisiana.

_____
JUDGE