UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**AARON LARRY BOWMAN**                           **CASE NO.   3:20-CV-01372**

**VERSUS**                                       **JUDGE DOUGHTY**

**SHERIFFS OFFICE OUACHITA PARISH ET AL**        **MAG. JUDGE KAREN L. HAYES**

### NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion for Jessica Williams to Enroll as Counsel filed on November 10, 2020 by Aaron Larry Bowman was DEFICIENT for the following reason(s):

- ✓ A motion to enroll as co-counsel or to substitute counsel must be signed by the current counsel of record. Please also refer to LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.