UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| AARON LARRY BOWMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | DOCKET NO. 3:20-cv-01372 |
| | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| OUACHITA PARISH SHERIFF'S | * | |
| OFFICE, ET AL. | * | MAGISTRATE JUDGE KAREN L. HAYES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### LIST OF ALL DOCUMENTS IN STATE COURT SUIT

The Louisiana Department of Public Safety & Corrections (Office of State Police)

("DPSC"), provides the following list of documents previously filed in the state court suit along

with page number references corresponding to the place where they may be found within either

Exhibit "A" *in globo* [Rec. Doc. 1-2] or Exhibit "C" [Rec. Doc. 1-4] to the previously filed

Notice of Removal:

| DATE | DOCUMENT DESCRIPTION | PARTY | BATES NUMBER |
|---|---|---|---|
| 9/21/2020 | Petition for Damages for Police Misconduct and Excessive Force (with Exhibit A) | Plaintiff | Exhibit "A" *in globo* pp. 1-43 |
| 9/24/2020 | Citation to University of Louisiana Monroe Police Department | Plaintiff/Clerk | Exhibit "A" *in globo* p. 44 |
| 9/24/2020 | Citation to Louisiana State Police Department | Plaintiff/Clerk | Exhibit "A" *in globo* p. 45 |
| 9/24/2020 | Citation to Deputy Donovan Ginn | Plaintiff/Clerk | Exhibit "A" *in globo* p. 46 |
| 9/24/2020 | Citation to City of Monroe | Plaintiff/Clerk | Exhibit "A" *in globo* p. 47 |
| 9/24/2020 | Citation to Jay Russel, Sheriff | Plaintiff/Clerk | Exhibit "A" *in globo* p. 48 |
| 9/24/2020 | Citation to Ouachita Parish Sheriff's Office | Plaintiff/Clerk | Exhibit "A" *in globo* p. 49 |
| 9/24/2020 | Citation to Monroe Police Department | Plaintiff/Clerk | Exhibit "A" *in globo* p. 50 |

| DATE | DOCUMENT DESCRIPTION | PARTY | BATES NUMBER |
|------|---------------------|-------|--------------|
| 9/24/2020 | Citation to Metro Narcotics Unit | Plaintiff/Clerk | Exhibit "A" *in globo* p. 51 |
| 9/24/2020 | Correspondence (including fax cover sheet) from plaintiff's counsel to the clerk of court regarding Exhibit B to the Petition for Damages for Police Misconduct and Excessive Force | Plaintiff | Exhibit "A" *in globo* pp. 52-53 |
| 9/24/2020 | Louisiana Civil Case Reporting form | Plaintiff | Exhibit "A" *in globo* p. 54 |
| 10/27/2020 | Notice of Filing Notice of Removal | DPSC | Exhibit "C" pp. 1-2 |

Respectfully Submitted,
JEFF LANDRY
Attorney General
BY:   */s/ Jennie P. Pellegrin*
JENNIE P. PELLEGRIN – LA. BAR ROLL NO. 25207
jpellegrin@neunerpate.com
BEN L. MAYEAUX – LA. BAR ROLL NO. 19042
bmayeaux@neunerpate.com
ELIZABETH BAILLY BLOCH – LA. BAR ROLL NO. 37591
bbloch@neunerpate.com
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road (zip 70503)
Post Office Box 52828
Lafayette, LA 70505-2828
TELEPHONE: (337) 237-7000  FAX: (337) 233-9450
*Special Assistants Attorneys General and Counsel for the Louisiana Department of Public Safety & Corrections (Office of State Police)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, a copy of DPSC's List of All Documents in State Court Suit was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.