## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**AARON LARRY BOWMAN**      **CIVIL ACTION NO: 3:20-cv-01372-TADKLH**

**VERSUS**

**OUACHITA PARISH SHERIFF'S OFFICE, ET AL**      **DISTRICT JUDGE: TERRY DOUGHTY**
**MAGISTRATE JUDGE KAREN HAYES**

### "CORRECTIVE DOCUMENT"

### MOTION TO ENROLL AS CO-COUNSEL

NOW INTO COURT, through undersigned counsel comes, AARON LARRY BOWMAN, Plaintiff, who moves this court to enroll, JESSICA W. WILLIAMS, as co-counsel for him in these proceedings.

WHEREFORE, AARON LARRY BOWMAN, now prays that JESSICA W. WILLIAMS be permitted to enroll as co-counsel for him in these proceedings.

    Respectfully submitted,

    "s/DONECIA BANKS-MILEY", #35641 **(T.A.)**
    dbmiley@pwblaw.net
    PLEASANT, WILLIAMS & BANKS-MILEY
    LAW GROUP, LLC
    901 NORTH 3RD STREET
    MONROE, LOUISIANA 71201
    PHONE: 318-605-4607
    FAX: 318-605-4617

    /s/ JESSICA W. WILLIAMS, #32956
    jwill@pwblaw.net
    PLEASANT, WILLIAMS & BANKS-MILEY
    LAW GROUP, LLC
    901 NORTH 3RD STREET
    MONROE, LOUISIANA 71201

PHONE:  318-605-4607
FAX:  318-605-4617

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the United States District Court for the Western District Court of Louisiana by electronic case filing/case management and that a copy of the same was served on all counsel of record by electronic notification.

This 10th day of November 2020, at Monroe, Louisiana.

/s/ JESSICA W. WILLIAMS, #32956