**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**AARON LARRY BOWMAN**         **CIVIL ACTION NO: 3:20-cv-01372-TADKLH**

**VERSUS**

**OUACHITA PARISH SHERIFF'S**         **DISTRICT JUDGE: TERRY DOUGHTY**
**OFFICE, ET AL**         **MAGISTRATE JUDGE KAREN HAYES**

### ORDER

Considering the foregoing Motion to Enroll as Co-Counsel,

IT IS ORDERED that JESSICA W. WILLIAMS be permitted to enroll as co-counsel for AARON LARRY BOWMAN in these proceedings.

Signed this _____ day of _____, 2020 in Monroe, Louisiana.

_____
JUDGE