UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN. *Plaintiff* v. OUACHITA PARISH SHERIFF'S OFFICE, ET AL *Defendants* | NO. 3:20-01372 JUDGE DOUGHTY MAG. JUDGE HAYES |

### Order

Considering the foregoing "Second Motion for Extension of Time to File Responsive Pleadings" filed by the Monroe Police Department and City of Monroe,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for these defendants to file responsive pleadings is extended until fourteen (14) days after Plaintiff's amended complaint is filed into the record.

Monroe, this _____ day of November, 2020.

_____
Magistrate Judge Karen L. Hayes