# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**AARON LARRY BOWMAN**  CIVIL ACTION NO: 3:20-cv-01372-TADKLH

**VERSUS**

**OUACHITA PARISH SHERIFF'S OFFICE, ET AL**  DISTRICT JUDGE: TERRY DOUGHTY
MAGISTRATE JUDGE KAREN HAYES

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel,

IT IS ORDERED that JESSICA W. WILLIAMS be permitted to enroll as co-counsel for AARON LARRY BOWMAN in these proceedings.

Signed this __13th__ day of _____November_____, 2020 in Monroe, Louisiana.

_____
JUDGE