UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN.<br>*Plaintiff*<br>v.<br>OUACHITA PARISH SHERIFF'S OFFICE, ET AL<br>*Defendants* | NO. 3:20-01372<br><br>JUDGE DOUGHTY<br><br>MAG. JUDGE HAYES |

## Order

Considering the foregoing "Second Motion for Extension of Time to File Responsive Pleadings" filed by the Monroe Police Department and City of Monroe,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for these defendants to file responsive pleadings is extended until fourteen (14) days after Plaintiff's amended complaint is filed into the record.

Monroe, this 16th day of November, 2020.

_____
Magistrate Judge Karen L. Hayes