## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **AARON LARRY BOWMAN** | **CASE NO. 3:20-CV-01372** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **SHERIFFS OFFICE OUACHITA PARISH ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| **ATTACHMENTS TO:** | Amended Complaint |
| **DESCRIPTION:** | Jumpdrive of Video Footage |
| **FILED BY:** | Aaron Larry Bowman |
| **FILE DATE:** | November 18, 2020 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The attached document is an *original* manual attachment provided by counsel.  Please return to the Clerk's Office!

This attachment could not be converted to electronic form.  The original will be maintained in the division of the presiding judge, until expiration of appeal delays.

Attachment sent to the MONROE DIVISION.

                                                            **Prepared by: Donecia Banks-Miley**