UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN | * CIVIL ACTION |
| VERSUS | * DOCKET NO. 3:20-cv-01372 |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | * JUDGE TERRY A. DOUGHTY |
| | * MAGISTRATE JUDGE KAREN L. HAYES |

**ORDER**

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for Plaintiff to file responsive pleadings is extended until fourteen (14) days after the noted deadline of November 20, 2020.

Monroe, this _____ day of November, 2020.

_____
MAGISTRATE JUDGE KAREN L. HAYES