UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN | * CIVIL ACTION |
| VERSUS | * DOCKET NO. 3:20-cv-01372 |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | * JUDGE TERRY A. DOUGHTY |
| | * MAGISTRATE JUDGE KAREN L. HAYES |

## MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS COMPLAINT (FIRST REQUEST) (UNOPPOSED)

NOW COMES the Plaintiff, Aaron Larry Bowman, through the Undersigned, who respectfully requests an extension of time to file responsive pleadings in this matter for the following reasons:

1. This tort and civil rights action was filed in Louisiana state court on September 21, 2020.

2. This matter was removed to federal court on October 22, 2020.

3. The Defendants, The Louisiana Department of Public Safety, previously filed a Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction with Defendants being erroneously named as The Louisiana State Police Department (12b) on October 29, 2020.

4. Co- Defendants, The University of Louisiana System Board of Supervisors, have likewise filed Rule 12(b) motions to dismiss the suit.

5. Plaintiff has informed all Defendants that he intends to file an Amended Complaint whereby Defendants have expressed no opposition to said amendment. Thus, Plaintiff would like the opportunity to cure the deficiencies raised in the pending motions through said Amended Complaint.

6. Plaintiff has confirmed, through opposing counsel, that there is no objection to the requested extension in writing.

WHEREFORE, the premises considered, Plaintiff, Aaron Larry Bowman, requests an extension of time to file responsive pleadings for an additional fourteen days after the noted deadline of November 20, 2020.

Respectfully submitted,

_____/s/ Donecia Banks-Miley___
Donecia Banks-Miley, #35641
dbmiley@pwblaw.net

_____/s/ Jessica Williams_____
Jessica Williams, # 32956
jwill@pwblaw.net

_____/s/ Kristen Pleasant_____
Jessica Williams, # 30672
jwill@pwblaw.net


Pleasant, Williams & Banks-Miley Law Group, LLC
901 North 3rd Street
Monroe, Louisiana 71201
318.605.4607 phone
318.605.4617 facsimile

*Attorneys for Aaron Larry Bowman*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Extension of Time to Oppose Defendant, The Louisiana Department of Public Safety's Motion to Dismiss filed by Plaintiff, has been electronically filed with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.

Monroe, Louisiana, this 20th day of November 2020.

/s/ Donecia Banks-Miley_____
 Donecia Banks-Miley, #35641