# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**AARON LARRY BOWMAN**     **CASE NO.   3:20-CV-01372**

**VERSUS**     **JUDGE DOUGHTY**

**SHERIFFS OFFICE OUACHITA PARISH ET AL**     **MAG. JUDGE KAREN L. HAYES**

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion for Extension of Time to File Response/Reply filed on November 20, 2020 by Aaron Larry Bowman was DEFICIENT for the following reason(s):

- ✓ Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.4.1 or LR58.1 for additional information. The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.