UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AARON LARRY BOWMAN** | **CIVIL ACTION NO. 20-CV-01372** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL** | **MAGISTRATE JUDGE HAYES** |

_____

### SECOND MOTION TO DISMISS PURSUANT TO RULE 12(b) OF THE FRCP

NOW INTO COURT, through undersigned counsel, comes defendant, BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM (incorrectly identified in plaintiff's First Amendment to the Complaint as "University of Louisiana System Board of Supervisors") (the "Board"), which submits this Rule 12(b) responsive motion, as follows:

For the reasons set forth in the accompanying Memorandum in Support, incorporated herein by reference, the Board specifically asserts and sets forth the following defenses under Fed. R. Civ. P. 12: (1) insufficient service of process and/or service of process; (2) lack of personal jurisdiction: (3) Eleventh Amendment Immunity (from liability); and (4) prescription.

WHEREFORE, defendant, BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, prays this Rule 12 motion be deemed good and sufficient, and that there be judgment in its favor and against plaintiff, dismissing plaintiff's demands against the Board (in whole or in part), with prejudice, and at plaintiff's cost.

Respectfully submitted,

JEFF LANDRY
Attorney General

By: */s/ Steven M. Oxenhandler*
    Steven M. Oxenhandler (#28405)
    soxenhandler@goldweems.com
    Michael J. O'Shee (#10268)
    moshee@goldweems.com
    Joshua J. Dara, Jr. (#35739)
    jdara@goldweems.com
    GOLD WEEMS LAW FIRM
    2001 MacArthur Drive
    P.O. Box 6118
    Alexandria, LA 71307-6118
    T: (318) 445-6471
    F: (318) 445-6476
    **SPECIAL ASSISTANT ATTORNEYS GENERAL AND COUNSEL FOR THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM**