

# Ouachita Parish Sheriff's Office

Back to Search

## Inmate Detail - BOWMAN, AARON LARRY Junior

### Demographic Information

| | |
|---|---|
| Name: | BOWMAN, AARON LARRY Junior |
| Date of Birth: | 12/17/1974 |
| Gender: | Male |
| Race: | Black |
| Address: | MONROE, Louisiana 71202 |
| Aliases: | |


7/15/2019 8:53 AM


7/15/2019 7:38 AM


7/15/2019 7:38 AM


4/9/2019 3:43 AM


4/9/2019 3:43 AM


4/9/2019 3:42 AM


11/28/2018 11:04 PM


11/28/2018 11:03 PM


11/28/2018 11:03 PM

### Booking History

**Booking 2019-00005316**

| | |
|---|---|
| Booking Date: | 7/15/2019 7:05 AM |
| Release Date: | 7/16/2019 9:34 PM |
| Housing Facility: | |
| Total Bond Amount: | $0.00 |
| Total Bail Amount: | $0.00 |
| Booking Origin: | Ouachita Parish Sheriff Office |

| Bond Number | Bond Type | Bond Amount |
|---|---|---|
| 2019-00008839 | Bond | $150.00 |
| 2019-00008840 | Bond | $1,500.00 |
| 2019-00008841 | Bond | $1,000.00 |
| 2019-00008842 | Bond | $2,000.00 |
| 2019-00008879 | Bond | $2,500.00 |
| 2019-00008880 | Bond | $1,000.00 |
| 2019-00008881 | Bond | $1,000.00 |
| 2019-00008882 | Bond | $2,000.00 |
| 2019-00008883 | Bond | $2,000.00 |
| 2019-00008884 | Bond | $2,500.00 |
| 2019-00008885 | Bond | $1,000.00 |

| Charge Description | Offense Date | Docket Number | Sentence Date | Disposition | Sentence Length | Crime Class | Arresting Agency |
|---|---|---|---|---|---|---|---|
| Battery of a Police Officer | 7/15/2019 7:11 AM | 19CR3840-2 | | Bonded | | Misdemeanor | Ouachita Parish Sheriff Office |
| Resisting a Police Officer with Force or Violence | 7/15/2019 7:11 AM | 19CR3840-2 | | Bonded | | Felony | Ouachita Parish Sheriff Office |
| Flight from an officer; aggravated flight from an officer | 7/15/2019 7:11 AM | 19CR3840-2 | | Bonded | | Felony | Ouachita Parish Sheriff Office |
| Improper Lane Use | 7/15/2019 7:11 AM | 19CR3840-2 | | Bonded | | Misdemeanor | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 19CR1839-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 19CR1839-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 19CR6375-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 18CR6598-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 18CR6598-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 18CR6598-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |
| Failure to Appear - (FTA - Bench Warrant) | 7/15/2019 7:11 AM | 18CR6598-2 | | Bonded | | Local Ordinance | Ouachita Parish Sheriff Office |

Disclaimer: Information on this report is provided for informational purposes only pursuant to the Louisiana Public Records Law. It is subject to change and may be updated periodically. While every effort is made to ensure that the posted information is accurate, it may contain factual or other errors. Inmate information changes quickly, and the reported information may not reflect the current information. An arrest does not mean that the inmate has been convicted of a crime. The information on this report should not be relied upon for any type of legal action. Unauthorized or illegal use of the information is strictly prohibited. By accessing this information via the link below, you acknowledge that you understand and have accepted these terms of use.

**EXHIBIT 1**

STATE OF LOUISIANA   PARISH OF OUACHITA   FOURTH JUDICIAL DISTRICT COURT

FILED: **AUG 1 3 2019**

STATE OF LOUISIANA

VS. NO.19-CR003840-2
AARON LARRY BOWMAN JR
CASE ID: 19-23482 FEL
B/MALE
DOB: 12/17/1974
SSN: XXX-XX-1045
DL: LAID 6798897
SID: 0001597863

BY: _____
DEPUTY CLERK OF COURT

## BILL OF INFORMATION

THE DISTRICT ATTORNEY FOR THE PARISH OF OUACHITA, STATE OF LOUISIANA, CHARGES THAT AARON LARRY BOWMAN JR, IN THE PARISH AND STATE AFORESAID, DID:

COUNT 1 - IMPROPER LANE USAGE (MISDEMEANOR) ON OR ABOUT MAY 30TH, 2019, WILFULLY AND UNLAWFULLY FAIL TO DRIVE HIS VEHICLE, AS NEARLY AS PRACTICAL, ENTIRELY WITHIN A SINGLE LANE WHEN THE ROADWAY WAS DIVIDED INTO TWO OR MORE CLEARLY MARKED LANES, OR MOVE FROM SUCH LANE WITHOUT FIRST ASCERTAINING THAT SUCH MOVEMENT COULD BE MADE WITH SAFETY, IN VIOLATION OF R.S. 32:79;

COUNT 2 - RESISTING AN OFFICER BY FLIGHT (MISDEMEANOR) ON OR ABOUT MAY 30TH, 2019, WILFULLY AND UNLAWFULLY AS A DRIVER OF A MOTOR VEHICLE REFUSE TO BRING A VEHICLE TO STOP KNOWING THAT HE HAS BEEN GIVEN A VISUAL AND AUDIBLE SIGNAL TO STOP BY A POLICE OFFICER, TO-WIT: DEPUTY DONOVAN GINN, WHEN THE OFFICER HAS REASONABLE GROUNDS TO BELIEVE THE DRIVER, TO-WIT: AARON BOWMAN, HAS COMMITTED AN OFFENSE, IN VIOLATION OF R.S.14:108.1

COUNT 3 - RESISTING AN OFFICER WITH FORCE OR VIOLENCE (FELONY) ON OR ABOUT MAY 30TH, 2019,
WILFULLY AND UNLAWFULLY USING THREATENING FORCE OR VIOLENCE BY AARON BOWMAN SOUGHT TO BE ARRESTED OR DETAINED BEFORE THE ARRESTING OFFICER DEPUTY DONOVAN GINN CAN RESTRAIN HIM AND AFTER NOTICE IS GIVEN THAT HE IS UNDER ARREST OR DETENTION, CONTRARY TO THE PROVISIONS OF R.S.14:108.2

COUNT 4 - SIMPLE BATTERY ON A POLICE OFFICER (MISDEMEANOR) ON OR ABOUT MAY 30TH, 2019,
WILFULLY, UNLAWFULLY AND INTENTIONALLY COMMIT BATTERY UPON DEPUTY DONOVAN GINN, WITHOUT THE CONSENT OF THE VICTIM WHEN THE OFFENDER HAS REASONABLE GROUNDS TO BELIEVE THE VICTIM IS A POLICE OFFICER ACTING IN THE PERFORMANCE OF HIS DUTY, IN VIOLATION OF R.S.14:34.2

_____
ASSISTANT DISTRICT ATTORNEY
FOURTH JUDICIAL DISTRICT

NICK ANDERSON

A TRUE COPY
_____
DEPUTY CLERK
FOURTH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

Monday, January 13, 2020
Criminal Section 2, Courtroom #5

Court opened at 9:09 a.m. pursuant to adjournment.
Present: Hon. Larry D. Jefferson, Judge; Hons. Darwin Miller, Nicholas Anderson, Ricky Smith, Charlotte Farshian, and Mark White, Assistant District Attorneys; Zoraida Salinas and Sean McHenry, Deputy Sheriffs; Tiffany Pate, Deputy Clerk of Court; and Felicia Hamby, Court Reporter, monitored and recorded these proceedings remotely.

| | |
|---|---|
| STATE OF LOUISIANA | **CASE #: 19-CR-003840** |
| VS | CHARGE: |
| AARON LARRY BOWMAN | DRIVING ON ROADWAY LANED FOR TRAFFIC |
| | FLIGHT FROM AN OFFICER; AGGRAVATED |
| | FLIGHT FROM AN OFFICER |
| | RESISTING A POLICE OFFICER BY FORCE |
| | OR VIOLENCE |
| | BATTERY OF A POLICE OFFICER |

Defendant present, represented by Hon. Keith Whiddon. Hearing on Motion for Preliminary Examination taken up and tried, evidence adduced, closed and the Court found no probable cause on Count 2, but did find probable cause on remaining counts to hold defendant for trial. Defendant has no bond obligation as to Count 2 due to finding no probable cause. Defense's exhibits (videos) which were offered and introduced for purposes of this hearing were previously filed with the clerk's office (thumb drive) and are filed in the record of this matter. Case scheduled to determine status for March 23, 2020, Courtroom #5 at 9:00 a.m.

A TRUE COPY
DEPUTY CLERK
FOURTH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA