UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN | * CIVIL ACTION |
| VERSUS | * DOCKET NO. 3:20-cv-01372 |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | * JUDGE TERRY A. DOUGHTY |
| | * MAGISTRATE JUDGE KAREN L. HAYES |

**MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS COMPLAINT  (SECOND REQUEST) (UNOPPOSED)**

NOW COMES the Plaintiff, Aaron Larry Bowman, through the Undersigned, who respectfully requests an extension of time to file responsive pleadings in this matter for the following reasons:

1. This tort and civil rights action was filed in Louisiana state court on September 21, 2020.

2. This matter was removed to federal court on October 22, 2020.

3. The University of Louisiana System Board of Supervisors' Defendants previously filed a Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction with Defendants being erroneously named as University of Louisiana at Monroe Police Department (12b) on October 30, 2020.

4. Co- Defendants, the Louisiana Department of Public Safety have likewise filed Rule 12(b) motions to dismiss the suit.

5. Plaintiff's Motion for Extension of Time was granted and extended to December 4, 2020.

6. Plaintiff now requests an additional extension of time due to his Counsel/the Undersigned's immediate family members being diagnosed with Covid-19. The Undersigned is currently being tested and awaiting results. Accordingly, the Undersigned must care for her family during this time.

7. Plaintiff has confirmed, through opposing counsel, that there is no objection to the requested extension.

WHEREFORE, the premises considered, Plaintiff, Aaron Larry Bowman, requests an extension of time to file responsive pleadings for an additional twenty days after the noted deadline of December 4, 2020.

Respectfully submitted,

_____/s/ Donecia Banks-Miley____
Donecia Banks-Miley, #35641
dbmiley@pwblaw.net

Pleasant, Williams & Banks-Miley Law Group, LLC
901 North 3rd Street
Monroe, Louisiana 71201
318.605.4607 phone
318.605.4617 facsimile

*Attorneys for Aaron Larry Bowman*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Extension of Time to Oppose Defendant's, Board of Supervisors for the University of Louisiana System's Motion to Dismiss filed by Plaintiff, has been electronically filed with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.
Monroe, Louisiana, this 4th day of December 2020.

/s/ Donecia Banks-Miley_____
Donecia Banks-Miley, #35641