## RS 9:5829

§5829. Suspension and extension of prescription and peremption; exceptions

 A. All prescriptions, including liberative, acquisitive, and the prescription of nonuse, abandonment periods, and all peremptive periods shall be subject to a limited suspension or extension during the time period of March 17, 2020, through July 5, 2020; however, the suspension or extension of these periods shall be limited and shall apply only if these periods would have otherwise expired during the time period of March 17, 2020, through July 5, 2020. The right to file a pleading or motion to enforce any right, claim, or action which would have expired during the time period of March 17, 2020, through July 5, 2020, shall expire on July 6, 2020.

 B. The provisions of Subsection A of this Section shall not apply to any matter concerning the prescription of nonuse applicable to mineral servitudes, mineral royalty interests, and executive rights which shall be governed by the Louisiana Mineral Code and are not subject to the suspension provisions in this Section.

 Acts 2020, No. 162, §1, eff. June 9, 2020.
 NOTE: See Acts 2020, No. 162, §3, regarding retroactivity of the Act.



EXHIBIT A