UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **AARON LARRY BOWMAN** ) | CIVIL ACTION NO: |
| ) | |
| ) | 3:20-cv-01372 |
| vs. ) | |
| ) | |
| **OUACHITA PARISH SHERIFF'S** ) | **JUDGE TERRY A. DOUGHTY** |
| **OFFICE, ET AL.** ) | |
| ) | **MAGISTRATE JUDGE** |
| ) | **KAREN L. HAYES** |

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff Aaron Larry Bowman, who moves to enroll Ronald S. Haley (#30900) of Haley & Associates, Christopher J. Murell (#32075) of the Unglesby Law Firm, and Dedrick A. Moore (#30329) of Dedrick A. Moore Attorneys at Law as additional counsel of record in the above-captioned matter.

WHEREFORE, Plaintiff prays that this Honorable Court allow Mr. Haley, Mr. Murell, and Mr. Moore to enroll as additional counsel for Plaintiff in the captioned proceedings.

Respectfully submitted,

_s/ Donecia Banks-Miley_
Donecia Banks-Miley (#35641)
dbmiley@pwblaw.net

Ronald S. Haley, Jr. (#30900)
**Haley & Associates**
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
Telephone: (225) 663-8869
Fax: (225) 888-900-9771
Rhaley@ronaldhaleylawfirm.com

Christopher J. Murell (#32075)
**Unglesby Law Firm**
246 Napoleon Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0120
Fax: (225) 336-4355
Chris@unglesbylaw.com

Dedrick A. Moore (#30329)
**Dedrick A. Moore**
**Attorneys at Law, LLC**
4962 Florida Blvd.
Baton Rouge, Louisiana 70806
Telephone: (225) 412-0412
Fax: (225) 412-0414

**CERTIFICATE**

I hereby certify that a copy of the foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 23rd day of December, 2020.

*/s/ Donecia Banks-Miley*
Donecia Banks-Miley