## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN | CIVIL ACTION NO: |
| | 3:20-cv-01372 |
| vs. | |
| OUACHITA PARISH SHERIFF'S OFFICE, ET AL. | JUDGE TERRY A. DOUGHTY |
| | MAGISTRATE JUDGE KAREN L. HAYES |

## ORDER

Upon due consideration, Plaintiff's Motion to Enroll is hereby GRANTED.

Ronald S. Haley, Christopher J. Murell, and Dedrick A. Moore are hereby enrolled as additional counsel of record for Plaintiff, Aaron Larry Bowman.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana, this _____ day of December, 2020.

_____
JUDGE