**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **AARON LARRY BOWMAN** ) | **CIVIL ACTION NO:** |
| ) | |
| ) | **3:20-cv-01372** |
| vs. ) | |
| ) | |
| **OUACHITA PARISH SHERIFF'S** ) | **JUDGE TERRY A. DOUGHTY** |
| **OFFICE, ET AL.** ) | |
| ) | **MAGISTRATE JUDGE** |
| ) | **KAREN L. HAYES** |
| ) | |

## ORDER

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for Plaintiff to file responsive pleadings is extended until twenty-one (21) days after the noted deadline of December 24, 2020.

Monroe, this _____ day of December, 2020.

_____
MAGISTRATE JUDGE KAREN L. HAYES