**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |  |
|---|---|---|
| **AARON LARRY BOWMAN** | ) ) ) | **CIVIL ACTION NO:** |
|  | ) | **3:20-cv-01372** |
| vs. | ) ) |  |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL.** | ) ) ) | **JUDGE TERRY A. DOUGHTY** |
|  | ) ) ) | **MAGISTRATE JUDGE KAREN L. HAYES** |

**ORDER**

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the time for Plaintiff to file responsive pleadings is extended until twenty-one (21) days after the noted deadline of December 24, 2020.

Monroe, this _____ day of December, 2020.

_____
MAGISTRATE JUDGE KAREN L. HAYES