UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON LARRY BOWMAN** | * CIVIL ACTION. |
| **VERSUS** | * DOCKET NO. 3:20-cv-01372 |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL.** | * JUDGE TERRY A. DOUGHTY<br>* MAGISTRATE JUDGE KAREN L. HAYES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO AMEND COMPLAINT AND VOLUNTARILY DISMISS ALL CLAIMS UNDER 42 U.S.C. § 1983

**NOW INTO COURT,** through undersigned counsel, comes Mr. Aaron Bowman ("Mr. Bowman"), who respectfully moves this Court under F.R.C.P. art. 15(a)(2) to permit Plaintiff to amend his complaint to voluntarily dismiss all federal claims under 42 U.S.C. §1983. *See* Amended Complaint (ECF#19). Specifically, Plaintiff seeks to strike Paragraph 45 and Paragraph 50(#11) & #12 (as to attorney fees). Defendants will suffer no prejudice as discovery has not even begin in this matter. As such, this Court should "freely give leave" to amend. F.R.C.P. art. 15(a)(2).

        Respectfully Submitted,

        */s/ Christopher J. Murell*
        Christopher J. Murell (#32075)
        **Unglesby Law Firm**
        246 Napoleon Street
        Baton Rouge, Louisiana 70802
        Telephone: (225) 387-0120
        Fax: (225) 336-4355
        Chris@unglesbylaw.com


        Ronald S. Haley, Jr. (#30900)
        **Haley & Associates**

        8211 Goodwood Blvd., Suite E
        Baton Rouge, Louisiana 70806
        Telephone: (225) 663-8869
        Fax: (225) 888-900-9771
        Rhaley@ronaldhaleylawfirm.com

        Donecia Banks-Miley, #35641
        Jessica Williams, # 32956
        **Pleasant, Williams & Banks-Miley Law Group, LLC**
        901 North 3rd Street
        Monroe, Louisiana 71201
        318.605.4607 phone
        318.605.4617 facsimile
        dbmiley@pwblaw.net
        jwill@pwblaw.net

        *Counsel for Aaron Bowman*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, through the U.S Courts PACER system on this 14th day of January 2021, by electronically filing the same.

        */s/ Christopher Murell*