## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON LARRY BOWMAN** | * **CIVIL ACTION.** |
| **VERSUS** | * **DOCKET NO. 3:20-cv-01372** |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL.** | * **JUDGE TERRY A. DOUGHTY** <br> * **MAGISTRATE JUDGE KAREN L. HAY** |

## ORDER

Considering the Plaintiff's Motion for Leave to Amend Complaint and Voluntarily Dismiss All Claims Under 42 U.S.C. §1983:

***IT IS HEREBY ORDERED*** that Motion for Leave to Amend Complaint and Voluntarily Dismiss All Claims Under 42 U.S.C. §1983 is **GRANTED** and Paragraph 45 and Paragraph 50(#11) & #12 (as to attorney fees) are struck from Plaintiff's Complaint.

***THUS SIGNED,*** this _____ day of _____, 2021.

_____
JUDGE