UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON LARRY BOWMAN** | ***  CIVIL ACTION.** |
| **VERSUS** | ***  DOCKET NO. 3:20-cv-01372** |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL.** | ***  JUDGE TERRY A. DOUGHTY**<br>***  MAGISTRATE JUDGE KAREN L. HAYES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO REMAND**

**NOW INTO COURT,** through undersigned counsel, comes Mr. Aaron Bowman ("Mr. Bowman"), who respectfully moves this Court pursuant to 28 U.S.C. §144(c) to remand this matter to state court. Simultaneously filed with this Motion is Plaintiff's Motion for Leave to Amend Complaint and Voluntarily Dismiss All Claims Under 42 U.S.C. §1983. Through this motion, Plaintiff seeks to amend his complaint to strike and dismiss all claims under 42 U.S.C. §1983. The sole basis for removal of this case was subject matter jurisdiction based on these §1983 claims. (ECF #1). Accordingly, if these claims are voluntarily dismissed by Plaintiff, the only remaining claims deal with Louisiana state torts and this Court has no subject matter jurisdiction. In that instance, this Court "shall" remand the case to state court.

Respectfully Submitted,

*/s/ Christopher J. Murell*
Christopher J. Murell (#32075)
**Unglesby Law Firm**
246 Napoleon Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0120
Fax: (225) 336-4355
Chris@unglesbylaw.com

        Ronald S. Haley, Jr. (#30900)
**Haley & Associates**
8211 Goodwood Blvd., Suite E
Baton Rouge, Louisiana 70806
Telephone: (225) 663-8869
Fax: (225) 888-900-9771
Rhaley@ronaldhaleylawfirm.com

Donecia Banks-Miley, #35641
Jessica Williams, # 32956
**Pleasant, Williams & Banks-Miley**
**Law Group, LLC**
901 North 3rd Street
Monroe, Louisiana 71201
318.605.4607 phone
318.605.4617 facsimile
dbmiley@pwblaw.net
jwill@pwblaw.net

*Counsel for Aaron Bowman*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, through the U.S Courts PACER system on this 14th day of January 2021, by electronically filing the same.

        /s/ *Christopher Murell*