# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON LARRY BOWMAN** | * **CIVIL ACTION.** |
| **VERSUS** | * **DOCKET NO. 3:20-cv-01372** |
| **OUACHITA PARISH SHERIFF'S OFFICE, ET AL.** | * **JUDGE TERRY A. DOUGHTY**<br>* **MAGISTRATE JUDGE KAREN L. HAY** |

## ORDER

Considering the Plaintiff's Motion to Remand:

***IT IS HEREBY ORDERED*** that Motion to Remand is **GRANTED** and this matter is remanded to the Fourth Judicial Circuit of the State of Louisiana.

***THUS SIGNED,*** this _____ day of _____, 2021.

_____
JUDGE