# Jennie Pellegrin

| | |
|---|---|
| **From:** | Donecia Banks-Miley <dbmiley@pwblaw.net> |
| **Sent:** | Wednesday, November 11, 2020 7:36 AM |
| **To:** | Jennie Pellegrin |
| **Cc:** | Allison Faulk; Beth Bloch |
| **Subject:** | Re: Aaron Bowman v. Ouachita Parish Sheriff's Department, et al |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All is noted.

Thank you.

Donecia Banks-Miley, Esq.

> On Nov 11, 2020, at 5:23 AM, Jennie Pellegrin <jpellegrin@neunerpate.com> wrote:
>
> Good morning:
>
> I apologize for my delayed response, Donecia.
>
> In light of DPSC's pending Rule 12(b) motion but without waiving any of the defenses and/or other available challenges to DPSC as contained therein, we have no objection to your efforts to amend the petition/complaint aimed at curing the deficiencies raised in our pending motion.
>
> On a separate note, please direct all communications related to this matter to my attention. And you are welcome and encouraged to include my assistant (Allison Faulk) and our associate (Beth Bloch), as well, on all communications related to this matter. Please refrain from communicating with Diane Williams (the Sedgwick claims adjuster/examiner assigned to this matter) now that we have enrolled for DPSC.
>
> Thank you, and have a great day.
>
> Jennie
>
> <image002.jpg>
>
> **JENNIE P. PELLEGRIN**
> ATTORNEY
>
> **P: 337 237 7000**   D: 337 272 0389
> **C: 337 288 6039**   F: 337 272 0353
> jpellegrin@NeunerPate.com

One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503



---

**From:** Donecia Banks-Miley <dbmiley@pwblaw.net>
**Sent:** Tuesday, November 10, 2020 4:49 PM
**To:** Jennie Pellegrin <jpellegrin@neunerpate.com>
**Cc:** Allison Faulk <afaulk@neunerpate.com>
**Subject:** Re: Aaron Bowman v. Ouachita Parish Sheriff's Department, et al

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Evening,

I am following up on the below-mentioned request. Please let me know as soon as possible.

Thanks,
Donecia

---

**From:** Donecia Banks-Miley
**Sent:** Wednesday, November 4, 2020 5:31 PM
**To:** Jennie Pellegrin <jpellegrin@neunerpate.com>
**Cc:** Allison Faulk <afaulk@neunerpate.com>
**Subject:** Aaron Bowman v. Ouachita Parish Sheriff's Department, et al

Good Evening,

Are you amenable to allowing me the opportunity to file A Motion For Leave to File an Amended Complaint? Please let me know at your earliest convenience as I would like to file in a timely fashion.

I appreciate your response.

Thanks,
Donecia



### Donecia Banks-Miley, Esq.

**Pleasant, Williams & Banks-Miley Law Group**

*901 N. 3rd Street*

*Monroe, LA 71201*

Phone: 318-605-4607

Facsimile: 318-605-4617

CONFIDENTIALITY NOTICE:
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of an attorney at the law firm of Pleasant, Williams & Banks-Miley Law Group, LLC or The Law Office of Donecia Banks-Miley is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and
exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use
or disclose this communication to anyone. If you have received this communication in error, please notify us immediately by reply e-mail or by telephone (call us collect at 318-605-4607) and immediately delete this message and all of its attachments. Thank you.

CONFIDENTIALITY STATEMENT

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender at NeunerPate immediately by telephone at 337-237-7000 or fax to 337-233-9450.