# Jennie Pellegrin

| | |
|---|---|
| **From:** | Donecia Banks-Miley <dbmiley@pwblaw.net> |
| **Sent:** | Friday, December 4, 2020 3:56 PM |
| **To:** | Jennie Pellegrin |
| **Cc:** | Allison Faulk; Beth Bloch |
| **Subject:** | Re: Bowman v. Ouachita Parish Sheriff's Office et al Extension Due to Covid |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I appreciate you much!

Donecia Banks-Miley, Esq.

> On Dec 4, 2020, at 3:25 PM, Jennie Pellegrin <jpellegrin@neunerpate.com> wrote:
>
> I apologize. I inadvertently failed to respond. No objection here.
>
> JENNIE P. PELLEGRIN
> ATTORNEY
>
> P: 337 237 7000 D: 337 272 0389
> C: 337 288 6039 F: 337 272 0353
> jpellegrin@NeunerPate.com
>
> One Petroleum Center
> 1001 West Pinhook Road, Suite 200
> Lafayette, LA 70503
>
> NeunerPate.com
> Bio
> V-Card
>
> ---
>
> **From:** Donecia Banks-Miley <dbmiley@pwblaw.net>
> **Sent:** Friday, December 4, 2020 3:22:00 PM
> **To:** Jennie Pellegrin <jpellegrin@neunerpate.com>
> **Cc:** Allison Faulk <afaulk@neunerpate.com>
> **Subject:** Re: Bowman v. Ouachita Parish Sheriff's Office et al Extension Due to Covid
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Good Afternoon,

Just following up on this request. I received no objection from the other attorneys. Please let me know as soon as possible. I should be home from the doctor soon to draft my request for extension.

Thanks,

Donecia Banks-Miley, Esq.

On Dec 3, 2020, at 11:36 PM, Donecia Banks-Miley <dbmiley@pwblaw.net> wrote:

Good Evening,

I apologize wholeheartedly for the late message. Unfortunately, we have learned tonight that my daughters have contracted Covid from school. 🙁 I have two younger children who need to be tested tomorrow and am awaiting results from my husband and my tests. We have had to relocate as my mother suffers from underlying conditions and currently lives with us. We are also to remain quarantined for 10 days. Because of these unexpected challenges, I have been unable to complete my oppositions to the pending motions and respectfully request an extension. I hope you will be agreeable given the circumstances. If additional documentation is needed to verify these conditions, I am happy to provide it.

Thanks for your understanding.
-Donecia
#

*Donecia Banks-Miley, Esq.*
**Pleasant, Williams & Banks-Miley Law Group**
901 N. 3rd Street
Monroe, LA 71201
Phone:     318-605-4607
Facsimile: 318-605-4617

**CONFIDENTIALITY NOTICE:**
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of an attorney at the law firm of Pleasant, Williams & Banks-Miley Law Group, LLC or The Law Office of Donecia Banks-Miley is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you

have received this communication in error, please notify us immediately by reply e-mail or by telephone (call us collect at 318-605-4607) and immediately delete this message and all of its attachments. Thank you.

---

CONFIDENTIALITY STATEMENT

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender at NeunerPate immediately by telephone at 337-237-7000 or fax to 337-233-9450.