## Jennie Pellegrin

| | |
|---|---|
| **From:** | Donecia Banks-Miley <dbmiley@pwblaw.net> |
| **Sent:** | Wednesday, December 23, 2020 4:14 PM |
| **To:** | Jennie Pellegrin |
| **Cc:** | Allison Faulk; Beth Bloch |
| **Subject:** | Re: Aaron Bowman |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you!

Donecia Banks-Miley, Esq.

> On Dec 23, 2020, at 2:59 PM, Jennie Pellegrin <jpellegrin@neunerpate.com> wrote:
>
> I'm out of the office but do not object given your representation that counsel for all other defendants already have consented.
>
> JENNIE P. PELLEGRIN
> ATTORNEY
>
> P: 337 237 7000 D: 337 272 0389
> C: 337 288 6039 F: 337 272 0353
> jpellegrin@NeunerPate.com
>
> One Petroleum Center
> 1001 West Pinhook Road, Suite 200
> Lafayette, LA 70503
>
> NeunerPate.com
> Bio
> V-Card

> **From:** Donecia Banks-Miley <dbmiley@pwblaw.net>
> **Sent:** Wednesday, December 23, 2020 2:29:33 PM
> **To:** Jennie Pellegrin <jpellegrin@neunerpate.com>
> **Cc:** Allison Faulk <afaulk@neunerpate.com>; Beth Bloch <bbloch@neunerpate.com>
> **Subject:** Aaron Bowman

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon,

Co-Counsel and I attempted to reach you a couple of times since Monday. I know that this is a busy time. Additional counsel are enrolling on the case today, and we know that Jacob Brown has recently been arrested. We are requesting additional time (3 weeks) to Amend the suit and name Mr. Brown and add additional defendants, if they are ascertained within the near future.

All other counsel are amenable to this given the nature of what has occurred. Please respond via email or call me directly at 318-512-1417.

Thanks,

*Donecia Banks-Miley, Esq.*
*Pleasant, Williams & Banks-Miley Law Group*
*901 N. 3rd Street*
*Monroe, LA 71201*
*Phone:     318-605-4607*
*Facsimile: 318-605-4617*

**CONFIDENTIALITY NOTICE:**
INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OFTHE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of an attorney at the law firm of Pleasant, Williams & Banks-Miley Law Group, LLC or The Law Office of Donecia Banks-Miley is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to anyone. If you have received this communication in error, please notify us immediately by reply e-mail or by telephone (call us collect at 318-605-4607) and immediately delete this message and all of its attachments. Thank you.

CONFIDENTIALITY STATEMENT

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender at NeunerPate immediately by telephone at 337-237-7000 or fax to 337-233-9450.

2

**EXHIBIT D**
**PAGE 2**