UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| AARON LARRY BOWMAN.<br>　　　　　　　　　*Plaintiff*<br>　　　　v.<br>OUACHITA PARISH SHERIFF'S OFFICE, ET AL<br>　　　　　　　　　*Defendants* | NO. 3:20-01372<br><br>JUDGE DOUGHTY<br><br>MAG. JUDGE HAYES |

### OPPOSITION TO MOTION TO AMEND AND MOTION TO REMAND BY MONROE POLICE DEPARTMENT AND CITY OF MONROE

Plaintiff, Aaron Bowman, filed a motion to amend his complaint to eliminate his claims under 42 U.S.C § 1983, [Doc. 47], and, following amendment, to have this matter remanded to state court, [Doc. 48]. The Monroe Police Department and City of Monroe oppose the motions and adopt the oppositions of the Board of Supervisors for the University of Louisiana System, [Doc. 53], and the Louisiana Department of Public Safety & Corrections, [Doc. 54], as their own. The same legal and factual arguments in support of denying the motions to amend and remand raised by those parties apply with equal force to the Monroe Police Department and City of Monroe.

　　　　　　　　　　　　　　　　　**City of Monroe**
　　　　　　　　　　　　　　　　　Legal Department – Civil Division
　　　　　　　　　　　　　　　　　P.O. Box 123 (71210)
　　　　　　　　　　　　　　　　　400 Lea Joyner Memorial Expressway
　　　　　　　　　　　　　　　　　Monroe, Louisiana 71201
　　　　　　　　　　　　　　　　　Tel: (318) 329-2240
　　　　　　　　　　　　　　　　　Fax: (318) 329-3427
　　　　　　　　　　　　　　　　　brandon.creekbaum@ci.monroe.la.us

　　　　　　　　　　　　　　　　　BY: */s/ Brandon W. Creekbaum*
　　　　　　　　　　　　　　　　　　　　Brandon W. Creekbaum
　　　　　　　　　　　　　　　　　　　　Louisiana Bar Roll No. 33791
　　　　　　　　　　　　　　　　　**Attorney for the City and MPD**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

BY: */s/ Brandon W. Creekbaum*
Brandon W. Creekbaum