## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

AARON LARRY BOWMAN                                CASE NO. 3:20-CV-1372

VERSUS                                            JUDGE TERRY A. DOUGHTY

OUACHITA PARISH SHERIFF'S                          MAG. JUDGE KAYLA D. MCCLUSKY
OFFICE, ET AL

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 60] having been

considered, no objections thereto having been filed, and finding that same is supported by the

law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion to

voluntarily dismiss, with prejudice, all of his federal claims [Doc. Nos. 47 & 56] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion

to remand [Doc. No. 48] is hereby **GRANTED**, and that Plaintiff's remaining state law claims

are hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State

of Louisiana.   The pending motions to dismiss are carried with the case.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that defendant's request

for costs and fees [Doc. No. 54] is **DENIED**.

MONROE, LOUISIANA, this 9th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE